UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| A F C O CREDIT CORP | CIVIL ACTION NO. 23-cv-842 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| CROSS COUNTRY MANAGEMENT, LLC | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Cross Country Management, LLC filed a Diversity Jurisdiction Disclosure Statement (Doc. 12) and alleged that it is a "nongovernment corporate party." However, its name suggests that it is a limited liability company. Cross Country will need to file an amended statement in accordance with Federal Rule of Civil Procedure 7.1(a)(2) that clarifies whether it is a corporation or an LLC. If it is an LLC, as its name suggests, the statement must name each member of the LLC and allege each member's citizenship with specificity. This may require going through several layers. <u>Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp.</u>, 2018 WL 3551525 (W.D. La. 2018). If it is a corporation, (1) its citizenship must be alleged in accordance with the applicable rules for corporations that are outlined in the Notice of Diversity Jurisdiction Disclosure Statement (Doc. 11) and (2) it must explain why it has LLC in its name.

The amended Diversity Jurisdiction Disclosure Statement must be filed no later than **December 5, 2023**. Once the statement is filed, the case may proceed toward a scheduling conference.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 28th day of November, 2023.

Mark L. Hornsby
U.S. Magistrate Judge